Argued and submitted January 29, 1997, affirmed June 24, 1998

STATE OF OREGON,
*Appellant,*

*v.*

THAN THANH NGUYEN,
*Respondent.*

(CM95-21163; CA A92415)

957 P2d 1228

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the appellant's brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General. On the supplemental appellant's brief were Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Kaye E. Sunderland, Assistant Attorney General.

David C. Degner, Deputy Public Defender, argued the cause for respondent. With him on the briefs was Sally L. Avera, Public Defender.

Before Deits, Chief Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *State v. Maynard,* 138 Or App 647, 910 P2d 1115, *rev allowed* 324 Or 18 (1996).